

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  Feb 1   2019  ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Ruth Pulla, individually and on behalf of all others similarly situated,

     Plaintiff,

    -against-

D & A Services, LLC and JH Portfolio Debt Equities, LLC,

     Defendant.

Docket No: 1:18-cv-05143-ARR-RLM

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: January 29, 2019

| | |
|---|---|
| **SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.** | **BARSHAY SANDERS, PLLC** |
| By: ___/s Kirsten Smith___<br>Kirsten Smith, Esq.<br>3850 N. Causeway Blvd<br>Metairie, Louisiana 70002<br>Tel: (504) 846-7943<br>*Attorneys for Defendant* | By:___/s Craig B. Sanders___<br>Craig B. Sanders<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Tel. (516) 203-7600<br>Email: *ConsumerRights@BarshaySanders.com*<br>Our File No: 115572<br>*Attorneys for Plaintiff* |

So ordered.  /s/(ARR)   USDJ